# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tia Hedges,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Reddy GI Associates PLLC, et al.,<br><br>　　　　Defendants. | No. CV-16-02889-PHX-GMS<br><br>**ORDER** |

This Court having reviewed the parties' Joint Motion to Approve FLSA Settlement (Doc. 24), and good cause appearing,

**IT IS HEREBY ORDERED** approving the Motion. The Court approves the settlement of Plaintiff's FLSA claims.

**IT IS FURTHER ORDERED** dismissing Plaintiff's claims with prejudice.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction over this matter for the limited purpose of ascertaining an appropriate fee for Plaintiff's attorneys.

Dated this 27th day of June, 2017.

*/s/ G. Murray Snow*
Honorable G. Murray Snow
United States District Judge